No. 87–5840. MCNAMARA *v.* COUNTY OF SAN DIEGO DEPARTMENT OF SOCIAL SERVICES. Appeal from Ct. App. Cal., 4th App. Dist. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until February 1, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

No. 87–700. IN RE GOODMAN. C. A. 11th Cir.; and
No. 87–5809. IN RE SIMS. C. A. 5th Cir. Petitions for writs of common-law certiorari denied.

No. 87–5943. IN RE ROBY; and
No. 87–5992. IN RE OLIVER. Petitions for writs of habeas corpus denied.

No. 87–5793. IN RE MONTGOMERY; and
No. 87–5811. IN RE TETER. Petitions for writs of mandamus denied.

No. 87–5993. IN RE MURRY. Petition for writ of prohibition denied.